Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed
July 13, 2006








Petition for Writ of
Mandamus Dismissed and Memorandum Opinion filed July 13, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00509-CV

____________

 

IN RE LUIS RIVA DENEGRA, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N

On June
6, 2006, relator Luis Riva Denegra, an inmate at the Ellis Unit of the Texas
Department of Criminal Justice, Institutional Division, filed a pro se petition
for writ of mandamus in this court,[1] requesting we
direct Charles Bacarisse, the Harris County District Clerk, to provide relator
with copies of statements, police and autopsy reports, regarding crimes
committed by other individuals.    








This
court does not have mandamus jurisdiction over a district clerk unless it is
shown that issuance of the writ is necessary to enforce our jurisdiction.  See
Tex. Gov=t Code Ann. ' 22.221(a), (b) (Vernon 2004); In re Washington, 7
S.W.3d 181, 182 (Tex. App.CHouston [1st Dist.] 1999, orig. proceeding).  Because relator
does not allege that the district clerk is interfering with our jurisdiction,
he has not established he is entitled to mandamus relief.  Accordingly, we
dismiss relator=s petition for writ of mandamus.

 

 

PER
CURIAM

 

Petition Dismissed and Memorandum Opinion filed July
13, 2006.

Panel consists of Justices Hudson, Fowler and Seymore.










[1]See Tex. Gov=t Code Ann. '
22.221 (Vernon 2004); see  also  Tex. R. App. P. 52.1.